UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANN M. KOONTZ, | CASE NO. EDCV 09-794 AGR |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for calculation of benefits with an onset date of November 30, 2004.

DATED: July 2, 2010

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE